JAMES A. TICE, RESPONDENT, v. JAMES A. TICE, JR., AND WIFE, APPELLANTS.

THE action was brought to establish a lien on a farm of land, formerly owned by the plaintiff, in the town of Newfane, for a portion of the purchase-price thereof, which the grantee, Louisa Jones, agreed to pay therefor.

The questions presented by the appeal were purely questions of fact, and were disposed of by the Special Term upon conflicting evidence. The General Term, after reviewing the testimony, was of opinion that the decision below was clearly against the weight of evidence. The plaintiff's case rested almost entirely upon his own evidence, which the court thought was so far impeached as to seriously impair, if not altogether to destroy it. The judgment of the Special Term was therefore reversed.

*George C. Greene*, for the appellants.

*B. J. Hunting*, for the respondent.

Opinion by MULLIN, P. J.

Judgment reversed, new trial granted, costs to abide the event.